```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02142
   LEE A HARPER
   ANNIE M HARPER                            CHAPTER 13

                                             JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-5893    SSN XXX-XX-1352
```

-------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/07/06 and confirmed on 04/28/06.

   2.  The case was dismissed after confirmation, 04/04/2008.

   3.  The Debtor paid a total of $ 35560.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 22687.23 | .00 | 22687.23 |
| CITIFINANCIAL MORTGAGE | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | 5898.15 | .00 | 2106.89 |
| SHERWIN WILLIAMS EMPLOYE | SECURED | 5300.00 | 442.82 | 3088.43 |
| SHERWIN WILLIAMS EMPLOYE | SECURED | 3221.68 | 270.48 | 1856.05 |
| SHERWIN WILLIAMS EMPLOYE | SECURED | 3490.67 | 293.07 | 2010.83 |
| ILLINOIS DEPT REVENUE | PRIORITY | 44.42 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3644.57 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTIONS | UNSECURED | 537.56 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | .00 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 150.00 | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | .00 | .00 | .00 |
| SHERWIN WILLIAMS EMPLOYE | UNSECURED | 50.00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 2702.03 | .00 | .00 |

         Summary of disbursements:
-------------------------------------------------------------------------

```
                   SECURED     PRIORITY   UNSECURED       OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   40597.73    3688.99    3439.59         .00       47726.31
PRINCIPAL PAID       31749.43        .00        .00         .00       31749.43
INTEREST PAID         1006.37        .00        .00         .00        1006.37
TOTAL PAID           32755.80        .00        .00         .00       32755.80
```
The Debtor's attorney, NEAL FELD                      , was allowed $   3582.50
and was paid $    1000.00  direct and $   1675.00  through the plan.

The Trustee received $    1129.20 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 07/21/08                      /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 02142 LEE A HARPER & ANNIE M HARPER